**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**


SUSHMA JONES,                                        Case No. 1:23-cv-11814

        *Plaintiff,*                              Thomas L. Ludington
                                                    United States District Judge
*v.*

                                                    Patricia T. Morris
THE DOW CHEMICAL COMPANY,                           United States Magistrate Judge


        *Defendant.*

_____/


**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS
OF JESSICA BRUSKE AND JASON ELLIS (ECF No. 57), DENYING
PLAINTIFF'S MOTION FOR SHOW CAUSE AND FOR SANCTIONS
(ECF No. 60), GRANTING DEFENDANT'S MOTION FOR SANCTIONS
(ECF No. 62), and ORDERING FOR BRIEFING REGARDING
POTENTIAL VIOLATION OF THE STIPULATED CONFIDENTIALITY
ORDER**

Plaintiff filed a Motion to Compel Depositions (ECF No. 57) and Motion for

Order to Show Cause and for Sanctions (ECF No. 60). Oral argument was held on

November 7, 2024. For the reasons further stated on the record, the motions are

**DENIED**.

The Court notes that Plaintiff's counsel agreed to issue correct deposition

notices (the current notices are incorrect) **within three (3) days of this Order** for

Jason Ellis for December 3, 2024, and for Jessica Bruske for January 10, 2025.

Plaintiff's counsel agreed to have either herself or co-counsel present for these dates.

Defendants moved for sanctions as to the motion to compel depositions in their response (ECF No. 62) and orally in court and for the reasons stated on the record, that motion is **GRANTED.** Defendant will submit a bill of costs by November 14, 2024.

Additional briefing will be permitted as to the issue of whether there was a violation of the confidentiality agreement as raised by Defendant and discussed by both parties in the joint list of unresolved issues and in Court. (ECF No. 69.) Accordingly, Defendant will file a brief by **November 21, 2024,** and Plaintiff will have until **December 4, 2024,** to respond.

**IT IS ORDERED.**

Date: November 7, 2024

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge